UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
**Warren Stephen Ford and**
**Tina Marie Ford**,

Soc. Sec. Nos. xxx-xx-0006 & xxx-xx-7316
Mailing Address: 3202 Oliver Drive, Greensboro, NC 27406-

Debtors.

Case No.: 25-10900

Chapter 13

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Josh Gudmens, certify that on 12/30/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

<u>Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served</u>:

Aqua Finance, Inc.
c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

<u>and</u>  by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the <u>attached mailing matrix</u>. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 12/30/25

/s Josh Gudmens
Josh Gudmens

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Absolute Resolution Investments
8000 Norman Center Drive, Ste 860
Minneapolis, MN 55437

Aqua Finance
Attn: Officer
One Corporate Drive, Suite 300
Wausau, WI 54401

Aspire
Post Office Box 650832
Dallas, TX 75265

Bank of Missouri/Total Card
960 S. Bishop Ave Falls
Rolla, MO 65401

Capital One Bank USA
PO BOX 31293
Salt Lake City, UT 84131-1293

Capital One, NA
Attn: Officer
1680 Capital One Dr
Mclean, VA 22102

CFNA Bridgestone
6275 Eastland Road
Brookpark, OH 44142

Charter Communications
AKA Spectrum
400 Atlantic Street, 10th Floor
Stamford, CT 06901

Consumer Cellular
400 International Way
Springfield, OR 97477

Elan Financial
Cardmember Services
Post Office Box 6335
Fargo, ND 58125-6335

Elan Financial Services
Consumer Recovery Department
Post Office Box 108
Saint Louis, MO 63166-0108

Exeter Finance LLC
Attn: Officer
2101 West John Carpenter Freeway
Irving, TX 75063

First National Bank
1500 S. Highline Avenue
Sioux Falls, SD 57110

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107

First Savings Credit Card **
Post Office Box 5019
Sioux Falls, SD 57117-5019

Guilford County Tax Collector ***
Attn: Officer
Post Office Box 3328
Greensboro, NC 27402

Jefferson Capital LLC
200 14th Ave E
Sartell, MN 56377

LVNV Funding
55 Beattie Place
Suite 110
Greenville, SC 29601

Merrick Bank
Attn: Manager or Agent
Post Office Box 9201
Old Bethpage, NY 11804-9001

National Finance Company
204 W. Front Street
Burlington, NC 27215

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

| | | |
|---|---|---|
| Opportunity Financial<br>Post Office Box 5040<br>Fredericksburg, VA 22403 | Point Titling Trust<br>c/o Point Digital Finance Inc<br>444 High Street, 4th Fl<br>Palo Alto, CA 94301 | Prog Leasing LLC<br>c/o Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 |
| Secretary of HUD<br>Attn: Officer<br>451 Seventh Street, SW<br>Washington, DC 20410 | Snap Finance LLC<br>Attn: Officer<br>1193 W 2400 S<br>Salt Lake City, UT 84119 | US Department of Education***<br>400 Maryland Avenue, SW<br>Washington, DC 20202 |
| WebBank/ATLS/Imagine<br>5 Concourse Pkwy<br>Ste 300<br>Atlanta, GA 30328-6101 | Wells Fargo Bank, NA***<br>Attn: Officer<br>3201 N 4th Ave<br>Sioux Falls, SD 57104 | |